# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

Apr 20 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

CR 21-0162 WHO

BABAK BROUMAND

DEFENDANT(S).

# INDICTMENT

18 U.S.C. § 1001(a)(2) – False Statement to a
Government Agency

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this _____20th_____ day of

_____April, 2021_____.

Ada Means

Clerk

Bail, $_____ Summons

Hon. Jacqueline Scott Corley

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

FILED

Apr 20 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 21-0162 WHO |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency |
| BABAK BROUMAND, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

At all times relevant to this Indictment:

1.     Defendant BABAK BROUMAND ("BROUMAND") was a Special Agent of the Federal Bureau of Investigation, an agency within the executive branch of the United States government, assigned to the San Francisco field division of the FBI.

2.     BROUMAND became an FBI agent in January 1999 and was responsible for, among other things, national security investigations. BROUMAND's responsibilities included recruiting human intelligence sources for the FBI. As an FBI agent, BROUMAND had access to non-public law

INDICTMENT

enforcement databases, which, pursuant to government regulations, were only to be used to conduct legitimate law enforcement investigations. As a Special Agent with the FBI, BROUMAND was a public official, had a top secret security clearance, and access to sensitive compartmented information (SCI).

3. Executive Order 12968 established a requirement that all Executive Branch personnel who are granted access to "particularly sensitive classified information," as a condition of such access, file with the agency head an annual financial disclosure report.

4. The FBI Financial Disclosure Program requires employees with access to SCI or who are designated by the Director or Deputy Director of the FBI to file an annual Security Financial Disclosure Form ("Financial Disclosure Form"). Among other things, income of all kinds (including gifts), assets, including vehicles and how they were acquired, and loans are required to be disclosed on the Financial Disclosure Form.

5. Before final submission of a Financial Disclosure Form, which is submitted electronically with a password, a certification screen states, "I certify that the entries made by me are true, complete, and accurate to the best of my knowledge and belief and are made in good faith. I understand that knowing and willful false statements on this form can be punished by fine or imprisonment or both (See U.S. Code Title 18, Section 1001)."

6. As an FBI Agent with access to SCI, BROUMAND was required to file an annual Financial Disclosure Form. Among other years, BROUMAND filed a Financial Disclosure Form for years including 2015, 2016, and 2017.

7. Business A, was a lice-removal hair salon business started in 2007 by BROUMAND and his wife, which operated in the Northern District of California.

8. Edgar Sargsyan was an individual engaged in criminal conduct and associated with a criminal organization. Among other corporations and entities, Edgar Sargsyan had access to and/or control over bank accounts in the name of Andor'e and ARCA Capital.

9. On or about April 29, 2015, in Los Angeles, California, Sargsyan purchased for BROUMAND a 2015 Ducati Panigale motorcycle and accessories (collectively, "the Ducati") for approximately $36,100.

INDICTMENT                                        2

10. On or about September 30, 2015, in Beverly Hills, California, Sargsyan gave BROUMAND a $30,000 cashier's check payable from Andor'e Inc. to Business A, because Sargsyan was making regular payments to BROUMAND, and BROUMAND told Sargsyan he needed it to "buy a house in the mountains."

11. Between September 30, 2015, and October 9, 2015, BROUMAND deposited the $30,000 cashier's check in the Business A bank account and transferred the funds through two additional bank accounts in his and his wife's names. Thereafter, BROUMAND transferred the funds to a title company for purchase of a vacation home in Lake Tahoe.

12. After the mortgage company questioned the source of the $30,000, on or about October 21, 2015, BROUMAND submitted to the mortgage company a false bill of sale, dated September 30, 2015, which falsely stated that BROUMAND sold a 1991 Sea Ray boat to Sargsyan for $30,000.

13. On or about December 15, 2015, BROUMAND, months after he submitted the false bill of sale to the mortgage company, sold the 1991 Sea Ray boat to a third party (not Sargsyan) for approximately $6,000 in cash.

14. On or about March 21, 2016, BROUMAND solicited another $30,000 check from Sargsyan, this time payable from ARCA Capital to BROUMAND's parents, which was deposited into BROUMAND's parents' bank account. Several weeks later, $29,300 of the funds were transferred to a Business A bank account and used to make a payment on the Business A American Express credit card, which BROUMAND used for personal expenses.

COUNT ONE:          (18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency)

Paragraphs 1 through 14 of this Indictment are re-alleged and incorporated as if fully set forth here.

On or about April 25, 2016, in the Northern District of California, the defendant,

BABAK BROUMAND,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Federal Bureau of Investigation (FBI), an agency of the Executive Branch of the Government of the United States, by failing to report as required on his 2015 calendar year Financial Disclosure Form (1) his receipt of the $30,000 cashier's

INDICTMENT                                          3

check from Edgar Sargsyan and/or Andor'e Inc.; (2) his receipt of the Ducati motorcycle from Edgar Sargsyan;  and (3) by falsely stating, in response to a question of how the Ducati was acquired, that it was "purchased."  These statements and representations were false because, as BROUMAND then and there knew, he had received the $30,000 cashier's check from Edgar Sargsyan through an entity called Andor'e Inc. which he should have reported under "Other Income," or as a loan, and he received the Ducati from Sargsyan as "Other Income" and did not purchase it.

All in violation of Title 18, United States Code, Section 1001(a)(2).

COUNT TWO:        (18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency)

Paragraphs 1 through 14 of this Indictment are re-alleged and incorporated as if fully set forth here.

On or about March 24, 2017, in the Northern District of California, the defendant,

BABAK BROUMAND,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Federal Bureau of Investigation (FBI), an agency of the Executive Branch of the Government of the United States, by failing to report on his 2016 calendar year annual Financial Disclosure Form his receipt of funds from a $30,000 check from Edgar Sargsyan through an entity called ARCA Capital.   These statements and representations were false because, as BROUMAND then and there knew, BROUMAND had received a $30,000 check from Sargsyan through an entity called ARCA Capital.

All in violation of Title 18, United States Code, Section 1001(a)(2).

COUNT THREE:      (18 U.S.C. § 1001(a)(2) – False Statement to a Government Agency)

Paragraphs 1 through 14 of this Indictment are re-alleged and incorporated as if fully set forth here.

On or about April 27, 2018, in the Northern District of California, the defendant,

BABAK BROUMAND,

did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the United States Federal Bureau of Investigation

INDICTMENT                                      4

(FBI), an agency of the Executive Branch of the Government of the United States by representing on his 2017 calendar year annual Financial Disclosure Form that he had a $30,000 "loan" from Edgar Sargsyan. These statements and representations were false because, as BROUMAND then and there knew, Sargsyan did not loan money to BROUMAND but instead provided the money to BROUMAND without any agreement for repayment.

All in violation of Title 18, United States Code, Section 1001(a)(2).

DATED: April 20, 2021                                          A TRUE BILL.

/s/
_____
FOREPERSON

STEPHANIE M. HINDS
Acting United States Attorney

_____
RUTH C. PINKEL
Special Assistant United States Attorney

INDICTMENT                                          5